| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: __9/11/2020__ |

**PLASCENCIA**,

                       **Plaintiff,**

                -against-

**NEW YORK CITY DEPARTMENT OF EDUCATION, ET AL.,**

                       **Defendants.**

**19-cv-11838 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

It has come to the Court's attention that, although a law-school clinic volunteered to represent Plaintiff, who is proceeding pro se, for purposes of mediation, Plaintiff declined that law-school clinic's pro bono representation and may be under the impression that the Court has renewed its efforts to find her counsel. Because volunteer attorneys are a scarce resource, *pro se* litigants are not entitled to their choice of pro bono counsel. *Cf. Cooper v. Sargenti*, 877 F.2d 170, 172-73 (2d Cir. 1989). If a plaintiff chooses not to work with the volunteer attorney or law-school clinic that reaches out to plaintiff, plaintiff's options are to obtain counsel on his or her own or proceed *pro se* in all aspects of this matter including mediation. By October 9, 2020, Plaintiff shall inform the Court whether she has obtained counsel on her own or whether she consents to appearing pro se for mediation. The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

Dated: September 11, 2020
       New York, New York

                                              Hon. Andrew L. Carter Jr.
                                              U.S. District Court Judge