UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/13/2020
```

PLASCENCIA,

                  **Plaintiff,**

          -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, ET AL.,

                  **Defendants.**

19-cv-11838 (ALC)

ORDER

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the Parties' joint status report. ECF No. 21. The Court hereby ORDERS the Parties to follow the below briefing schedule for Defendant's motion to dismiss:

      Defendant's Motion: December 12, 2020

      Plaintiff's Opposition: January 11, 2021

      Defendant's Motion: January 25, 2021

**SO ORDERED.**

Dated: October 13, 2020
       New York, New York

_____
Hon. Andrew L. Carter Jr.
U.S. District Court Judge