```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Aug. 10, 2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**Cindy Plasencia,**

                       **Plaintiff,**

    -against-

**City of New York Department of Education,**

                       **Defendant.**

**19-CV-11838 (ALC)**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

        Defendant filed its motion to dismiss, including accompanying papers, on January 12, 2021. ECF Nos. 26-29. Plaintiff's opposition was originally due February 12, 2021, ECF No. 24, and, due to the Court granting Plaintiff's several requests for extension to oppose Defendant's motion as she searches for a lawyer, her deadline to oppose was extended through July 30, 2021. ECF No. 47. This Court's June 25, 2021 Order also directed Plaintiff to file a status report on July 9, 2021. *Id.* Though Plaintiff did not file that status report, the Court will construe Plaintiff's letter application for an extension through August 30, 2021 as a response to the June 25, 2021 Order. ECF No. 51. It appears that Plaintiff has not yet found a lawyer. *Id.*

        Because Plaintiff is still in the process of hiring an attorney and in an effort to promote efficiency, the Court hereby **DENIES** without prejudice the pending motion to dismiss, ECF No. 26, as Plaintiff still intends to hire counsel. Once she hires counsel, the Court will set a new briefing schedule for the motion to dismiss. The application for an extension to oppose Defendant's motion, ECF No. 51, is therefore **DENIED** as moot. **PLAINTIFF IS ORDERED TO SUBMIT A LETTER TO THE COURT NO LATER THAN AUGUST 30, 2021 INFORMING THE COURT (1) WHETHER SHE HAS HIRED A LAWYER, AND IF NOT (2) HOW MUCH MORE TIME SHE NEEDS TO HIRE A LAWYER. ANY FAILURE BY PLAINTIFF TO FILE THIS LETTER MAY RESULT IN DEFENDANT'S MOTION TO DISMISS BEING TREATED AS UNOPPOSED.** The Clerk of Court is directed to terminate the motion at ECF No. 26. Defendant is **ORDERED** to serve this Order on Plaintiff and file proof of service no later than **August 12, 2021**.

**SO ORDERED.**

**Dated**: August 10, 2021
**New York, New York**

                                                                      **ANDREW L. CARTER, JR.**
                                                                      **United States District Judge**