| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: Sept. 8, 2021 |

-----------------------------------------------------------  x
:
**CINDY PLASENCIA,**                                                         :
                   **Plaintiff,**                                 :
:
         **-against-**                                                     :
:
**CITY OF NEW YORK DEP'T OF**                              :   **1:19-cv-11838 (ALC)**
**EDUCATION ET AL.,**                                                 :
                   **Defendants.**                               :   **ORDER**
-----------------------------------------------------------  x

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court will hold a status conference on **October 21, 2021 at 10:00AM ET**. All parties shall appear and should contact the Court on the following teleconference line: **1-888-363-4749** (access code: **3768660**). Defendants are directed to serve a copy of this Order on Plaintiff, and file proof of service on ECF, by **September 10, 2021**.

**SO ORDERED.**

Dated:   Sept. 8, 2021
            New York, New York

                                                          **ANDREW L. CARTER, JR.**
                                                          **United States District Judge**