**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
   **Cindy Plasencia,**

                           **Plaintiff,**
   -against-

   **City of New York Department of**
   **Education et al.,**

                           **Defendants.**
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Oct. 27, 2021

1:19-cv-11838 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of Plaintiff Cindy Plasencia's letter dated October 22, 2021. ECF No. 59. The letter indicates, among other things, that Plaintiff will be represented by law firm Feldman Kramer and Monaco. *Id.* In accordance with the Court's October 21, 2021 status conference in the above-captioned action, Plaintiff's counsel is directed to file their notice(s) of appearance on the docket no later than **October 28, 2021**. To the extent Plaintiff's letter seeks until **November 10, 2021** for them to do so, that request is hereby **GRANTED**.

**SO ORDERED.**

**Dated:** Oct. 27, 2021
       **New York, New York**

                                        _____
                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**