**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Cindy Plasencia, | USDC SDNY |
| | DOCUMENT |
| Plaintiff, | ELECTRONICALLY FILED |
| | DOC#: _____ |
| -against- | DATE FILED: Oct. 28, 2021 |
| | |
| City of New York Dep't of Education, et al. | 19-cv-11838-ALC |
| | |
| Defendants. | **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

To the extent Defendants have not already done so, Defendants are **ORDERED** to serve a copy of my order dated October 27, 2021 (ECF No. 60) on Plaintiff, and file proof of service on ECF, no later than **October 28, 2021**.

**SO ORDERED.**

**Dated**:  Oct. 28 2021
New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**