UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

Cindy Plasencia,

                       **Plaintiff,**

-against-

City of New York Department of Education et al.,

                       **Defendants.**

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Nov. 15, 2021

1:19-CV-11838 (ALC)

**ORDER TO RESPOND**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of Plaintiff Cindy Plasencia's letter dated November 10, 2021, which the Court construes as a request seeking additional time to have her counsel file their notice(s) of appearance in this case. ECF No. 63. Although Plaintiff previously represented to the Court that she would be represented by law firm Feldman Kramer and Monaco, ECF No. 59, it appears that she is now "currently in the process of hiring a lawyer from [the] law firm of Birdman Sherman and Leguin" who are "currently reviewing [her] case." ECF No. 63. Plaintiff's letter did not indicate that she had obtained the consent of Defendants in making her request.

    Accordingly, Defendants are hereby **ORDERED** to respond to Plaintiff's letter on or before **November 17, 2021**. Defendants are instructed to serve a copy of this Order and their written response on Plaintiff, and file proof of service on ECF, no later than **November 17, 2021**.

**SO ORDERED.**

**Dated:** Nov. 15, 2021
**New York, New York**

                                                 _____
                                                 **ANDREW L. CARTER, JR.**
                                                 **United States District Judge**