UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CINDY PLASENCIA,

                **Plaintiff,**

        -against-

CITY OF NEW YORK DEP'T OF
EDU., ET AL.,

              **Defendants.**
------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Dec. 20, 2021

1:19-cv-11838-ALC

**ORDER SETTING STATUS CONFERENCE**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court will hold a status conference on **Wednesday, January 12, 2022 at 12:00PM Eastern Time**. All parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:**   Dec. 20, 2021

                                                    **The Hon. Andrew L. Carter, Jr.**
                                                    **United States District Judge**