UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __Jan. 3, 2022__

Cindy Plasencia,

                     **Plaintiff,**

-against-

City of New York Dep't of Education, et al.

                     **Defendants.**

1:19-cv-11838-ALC

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    To the extent Defendants have not already done so, Defendants are hereby **ORDERED** to serve a copy of my order dated December 20, 2021 (ECF No. 67) on Plaintiff, and file proof of service on ECF, no later than **January 5, 2022**.

**SO ORDERED.**

**Dated**:  Jan. 3, 2022
       New York, New York

_____
   **ANDREW L. CARTER, JR.**
   **United States District Judge**