```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Jan. 13, 2022

**CINDY PLASENCIA,**

                 **Plaintiff,**

                -against-

**CITY OF NEW YORK DEP'T OF EDU., ET AL.,**

                 **Defendants.**

```
------------------------------------------------------------x
```

1:19-cv-11838-ALC

**ORDER SETTING STATUS CONFERENCE**

**ANDREW L. CARTER, JR., United States District Judge:**

      As discussed during yesterday's status conference in connection with *pro se* Plaintiff's search for counsel, the Court will hold another status conference on **Wednesday, January 19, 2022 at 11:30AM Eastern Time**. All parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660). Defendants shall serve a copy of this Order on Plaintiff and note service on the docket.

**SO ORDERED.**

**Dated:** Jan. 13, 2022
**New York, New York**

                                                       **Andrew L. Carter, Jr.**
                                                       **United States District Judge**