| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-----------------------------------------------------------x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: Feb. 15, 2022 |

**CINDY PLASENCIA,**

      **Plaintiff,**

    -against-

**CITY OF NEW YORK DEP'T OF EDU., ET AL.,**

      **Defendants.**

-----------------------------------------------------------x

1:19-cv-11838-ALC

**ORDER SETTING STATUS CONFERENCE**

**ANDREW L. CARTER, JR., United States District Judge:**

  As discussed during the most recent status conference on January 19, 2022, the Court will hold a telephonic status conference on **Wednesday, February 16, 2022 at 2:00PM Eastern Time**. All parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660). Defendants shall serve a copy of this Order on Plaintiff **today (February 15, 2022)** and note service on the docket.

**SO ORDERED.**

**Dated:** Feb. 15, 2022
**New York, New York**

                    **Andrew L. Carter, Jr.**
                    **United States District Judge**