| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-----------------------------------------------------------x<br>**CINDY PLASENCIA,**<br><br>       **Plaintiff,**<br><br>    -against-<br><br>**CITY OF NEW YORK DEP'T OF<br>EDU., ET AL.,**<br><br>       **Defendants.**<br>-----------------------------------------------------------x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: May 2, 2022<br><br>1:19-cv-11838-ALC<br><br>**<u>ORDER SETTING STATUS<br>CONFERENCE</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

  As discussed during the most recent status conference on April 7, 2022, the Court will hold a telephonic status conference on **Monday, May 9, 2022 at 11:00AM Eastern Time**. All parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660). Defendants shall serve a copy of this Order on Plaintiff and note service on the docket.

**SO ORDERED.**

**Dated:** May 2, 2022
**New York, New York**

                  **Andrew L. Carter, Jr.**
                  **United States District Judge**