```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: July 5, 2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CINDY PLASENCIA,

                          Plaintiff,

          -against-

CITY OF NEW YORK DEP'T OF
EDU., ET AL.,

                        Defendants.
-----------------------------------------------------------x

1:19-cv-11838-ALC

**ORDER SETTING STATUS CONFERENCE**

**ANDREW L. CARTER, JR., United States District Judge:**

       As discussed during the most recent status conference on June 27, 2022, the Court will hold a telephonic status conference on **Monday, August 8, 2022 at 3:00PM Eastern Time**. All parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660). Defendants shall serve a copy of this Order on Plaintiff and note service on the docket.

**SO ORDERED.**

**Dated:** July 5, 2022
**New York, New York**

                                                    Andrew L. Carter, Jr.
                                                  **United States District Judge**