```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: August 8, 2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CINDY PLASENCIA,

                                  **Plaintiff,**

             -against-

CITY OF NEW YORK DEP'T OF
EDU., ET AL.,

                               **Defendants.**
-----------------------------------------------------------x

1:19-cv-11838-ALC

**ORDER SETTING STATUS CONFERENCE**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court will reschedule today's telephonic status conference to **Wednesday, August 17, 2022 at 4:30PM Eastern Time**. All parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660). Defendants shall serve a copy of this Order on Plaintiff and note service on the docket.

**SO ORDERED.**

**Dated:** August 8, 2022
**New York, New York**

                                                              **Andrew L. Carter, Jr.**
                                                               **United States District Judge**