UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
CINDY PLASENCIA,

                *Plaintiff*,

      -against-

CITY OF NEW YORK DEPARTMENT OF
EDUCATION, AND MAUREEN FULLERTON.

                *Defendants*.

------------------------------------------------------------------ x

1:19-cv-11838 (ALC)

CONFERENCE ORDER

**ANDREW L. CARTER, JR., District Judge:**

      The Court will hold a telephonic conference in this action on Friday, June 16, 2023 at 11AM Eastern Time.

      All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:    May 30, 2023**
             **New York, New York**

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**