UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CINDY PLASENCIA,<br><br>      *Plaintiffs*,<br><br>-against-<br><br>CITY OF NEW YORK DEPARTMENT OF EDUCATION, and MAUREEN FULLERTON,<br><br>      *Defendants*. | 19-cv-11838 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., District Judge:**

  The Court is in receipt of Plaintiff's letter dated August 10, 2023, informing the Court that an attorney is reviewing her case. ECF No. 105. Plaintiff's attorney is **ORDERED** to file a notice of appearance by August 22, 2023. Plaintiff is **ORDERED** to file a response to Defendants' motion to dismiss by August 29, 2023.

**SO ORDERED.**

Dated:  **August 15, 2023**
     **New York, New York**

                       **ANDREW L. CARTER, JR.**
                         **United States District Judge**