UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CINDY PLASENCIA,

                *Plaintiffs*,

-against-

CITY OF NEW YORK DEPARTMENT OF EDUCATION, and MAUREEN FULLERTON,

                *Defendants*.

19-cv-11838 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    The Court is in receipt of Defendants' letter dated September 5, 2023. ECF No. 108. The Court will provide Plaintiff a final opportunity to file a response to Defendants' motion to dismiss. ECF No. 26. Plaintiff is **ORDERED** to file a response by **September 18, 2023. Failure to respond will result in Defendants' motion being deemed unopposed.**

SO ORDERED.

Dated:    **September 11, 2023**
            **New York, New York**

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**