UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CINDY PLASENCIA,<br><br>       *Plaintiffs*,<br><br>-against-<br><br>CITY OF NEW YORK DEPARTMENT OF EDUCATION, and MAUREEN FULLERTON,<br><br>       *Defendants*. | 19-cv-11838 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., District Judge:**

  On September 21, 2023, this Court issued its decision granting Defendants' motion to dismiss Plaintiff's Complaint. ECF No. 112. The Court granted Plaintiff leave to file an Amended Complaint on or before October 12, 2023. To date, Plaintiff has not filed an Amended Complaint. Plaintiff is advised to file her Amended Complaint, if any, by October 23, 2023. **Failure to do so will result in the closing of this case.** Defendants are directed to serve Plaintiff with this Order by October 17, 2023, and file proof of service by that date.

SO ORDERED.

Dated: **October 16, 2023**
     **New York, New York**

                      **ANDREW L. CARTER, JR.**
                      **United States District Judge**