Case 1:19-cv-11838-ALC   Document 119   Filed 10/26/23   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CINDY PLASENCIA,<br><br>　　　　　　　　　　*Plaintiffs*,<br><br>-against-<br><br>CITY OF NEW YORK DEPARTMENT OF EDUCATION, and MAUREEN FULLERTON,<br><br>　　　　　　　　　　*Defendants*. | 19-cv-11838 (ALC)<br><br>**ORDER OF DISMISSAL** |

**ANDREW L. CARTER, JR., District Judge:**

　　The Court is in receipt of Plaintiff's letter dated September 23, 2023 and received October 23, 2023, ECF No. 116, requesting the Court not dismiss her case and that she was in the process of obtaining counsel. This request is similar to many other requests Plaintiff has filed, resulting in a delay of this case. ECF Nos. 63, 94, 105

　　On September 21, 2023, this Court issued its decision granting Defendants' motion to dismiss Plaintiff's Complaint. ECF No. 112. The Court granted Plaintiff leave to file an Amended Complaint on or before October 12, 2023. Plaintiff was directed to file her Amended Complaint by October 23, 2023. Plaintiff was warned that failure to do so would result in the closing of this case. Plaintiff did not file her Amended Complaint.

　　The Clerk of the Court is respectfully directed to terminate this action.

**SO ORDERED.**

**Dated:　October 26, 2023**
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**